**DAVIS v. SENCO PRODUCTS, INC.**

[336 N.C. 310 (1994)]

JOANN H. DAVIS v. SENCO PRODUCTS, INC.

No. 289PA93

(Filed 6 May 1994)

On discretionary review of the unpublished decision of the North Carolina Court of Appeals, 109 N.C. App. 700, 429 S.E.2d 789 (1993), dismissing the plaintiff's appeal from the judgment of Fullwood, J., entered 4 October 1991 in the Superior Court, Dare County. Heard in the Supreme Court on 11 April 1994.

*Twiford, Morrison, O'Neal & Vincent, by Edward A. O'Neal, for the plaintiff-appellant.*

*Rodman, Holscher, Francisco & Peck, P.A., by Edward N. Rodman, for the defendant-appellee.*

PER CURIAM.

Discretionary Review Improvidently Allowed.